# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Terrance J. Trent, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00149-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronnie Lane Huneycutt, et al., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2024 Order.

April 29, 2024

Katherine Hord Simon, Clerk
United States District Court